UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROYALTON McCAMEY,

        Plaintiff,

  vs.

SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT,

        Defendant.
                          /

No. C 10-2419 PJH (PR)

**ORDER OF DISMISSAL**

      This pro se civil rights action was filed on June 1, 2010.  On that same day the court notified plaintiff that his application for leave to proceed in forma pauperis ("IFP") was deficient because the "Certificate of Funds in Inmate Account," page five of the form, was not signed, and because he had not provided the printout of transactions in his inmate account required by 28 U.S.C. § 1915(a)(2).  A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope.  Plaintiff was informed that if he did not either pay the fee or remedy the deficiencies of his IFP application within thirty days the case would be dismissed.

      Plaintiff has filed another IFP application, but the certificate on page five still is not signed, and no printout of transactions has been provided.  This case therefore is **DISMISSED** without prejudice.  The clerk shall close this file.

      **IT IS SO ORDERED.**

Dated: July 15, 2010.

                                            PHYLLIS J. HAMILTON
                                            United States District Judge

P:\PRO-SE\PJH\HC.10\McCAMEY2419.DSM-IFP.wpd